Writs granted, but limited to a consideration of assignment of error No. 3.

FOURNET, C. J., and BARHAM, J., believe the writ should be unlimited.

219 So.2d 513

### Sebastian GIAMANCO

v.

### Clifton A. FAIRBANKS, Jr., et al.

### No. 49709.

March 13, 1969.

In re: Clifton A. Fairbanks, Jr., and J. A. Stinson applying for certiorari, or

writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 218 So. 2d 346.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.